No. 161, Misc. BEST *v.* UNITED STATES, 340 U. S. 939. Rehearing denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application.

No. 333, Misc. PRYOR *v.* CALIFORNIA ET AL., 340 U. S. 938. Rehearing denied.

APRIL 16, 1951.

No. 479. RISS & Co., INC. *v.* UNITED STATES ET AL. Appeal from the United States District Court for the Western District of Missouri. Argued April 11–12, 1951. Decided April 16, 1951. *Per Curiam:* The judgment is reversed. *Wong Yang Sung* v. *McGrath*, 339 U. S. 33. *A. Alvis Layne, Jr.* argued the cause for appellant. With him on the brief were *John B. Gage* and *Wendell Berge*. *Daniel W. Knowlton* argued the cause and filed a brief for the Interstate Commerce Commission, appellee. ■

No. 640. FRIEDMAN ET AL. *v.* NEW YORK. Appeal from the Court of Appeals of New York. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. *Leo Pfeffer* for appellants. *Frank Hogan* for appellee. ■

No. 641. WARNER ET AL., DOING BUSINESS AS WARNER & TAMBLE TRANSPORTATION Co., *v.* UNITED STATES ET AL. Appeal from the United States District Court for the Western District of Tennessee. *Per Curiam:* The motions to affirm are granted and the judgment is affirmed. *James W. Wrape* and *Glenn M. Elliott* for appellants. *Solicitor General Perlman* and *Daniel W. Knowlton* for the United States and the Interstate Commerce Commission; and *Harry C. Ames* for the American Barge Line Co. et al., appellees. ■